**UNITED STATES of America, Plaintiff–Appellee,**

v.

**IKA WAH LAM, a/k/a John Lam, Defendant–Appellant.**

No. 06–50286.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006.[*]

Filed Dec. 13, 2006.

Becky S. Walker, Esq., Thomas E. Loeser, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Davina T. Chen, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM [**]

Ika Wah Lam appeals from the district court's judgment revoking his supervised

---

cation and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

release and imposing a 3–month sentence. He originally pleaded guilty to securities fraud, in violation of 15 U.S.C. §§ 78j(b), 78ff, and 18 U.S.C. § 2.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Lam has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se or government brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.